UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |  |
|---|---|---|
| RLI INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:04-cv-1666-TAB-RLY |
| | ) | |
| VOILS CONSTRUCTION, LLC, | ) | |
| WALLACE VOILS, and | ) | |
| LUE CINDY VOILS, | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY OF JUDGMENT**

The Court, having granted summary judgment in favor of Plaintiff RLI Insurance Company as to all claims brought in its complaint, hereby enters judgment in favor of RLI Insurance Company and against Voils Construction, LLC, Wallace Voils, and Lue Cindy Voils. Judgment is entered in favor of the Plaintiff in the amount of $281,919.33.

Dated:  11/03/2005

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Michael Francis Drewry
DREWRY SIMMONS VORNEHM, LLP
mdrewry@drewrysimmons.com

Patrick Austin Drewry
DREWRY SIMMONS VORNEHM, LLP
pdrewry@drewrysimmons.com

James T. Roberts
jtresq@kiva.net